No. 1329. Todd Shipyard Corp. *v.* Puleo, Administratrix, et al.; and
No. 1384. H. E. Moss & Co. *v.* Puleo, Administratrix, et al. June 16, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Paul Speer* for petitioner in No. 1329. *Raymond Parmer* and *Vernon Sims Jones* for H. E. Moss & Co., petitioner in No. 1384 and respondent in No. 1329.

848

*Jacob Rassner* for Puleo, respondent in No. 1329. Reported below: 159 F. 2d 842.